# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 14, 2014

## NO. 03-13-00561-CV

**Roger Falk and Mario Jordan, Appellants**

**v.**

**Austin Independent School District, Appellee**

## APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
## DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on July 16, 2013. The appellants have filed an agreed motion to affirm the trial court's judgment. Having reviewed the record, the Court grants the motion in part, and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.